UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  　　　　　　　　　　　　　　　　　CASE NO. 09 B 29405
　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
NORA N CHRISTOPHER

　　　　　　　　　　　　　　　　　　　　　　JUDGE JACK B SCHMETTERER

　　　　DEBTOR　　　　　　　　　　　　　**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  BAYVIEW LOAN SERV

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 12 | 22 | 9252 403WYSTERIA | $17,582.88 | $17,582.88 | $17,582.88 |
| Total Amount Paid by Trustee | | | | | $17,582.88 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

　__　Through the Chapter 13 Conduit　　　　**X**　Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-29405-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 11th day of December, 2013.

Debtor:
NORA N CHRISTOPHER
403 WYSTERIA DR
OLYMPIA FIELDS, IL  60461

Attorney:
LEDFORD & WU
200 S MICHIGAN AVE #209
CHICAGO, IL  60604-2406
via Clerk's ECF noticing procedures

Creditor:
BAYVIEW LOAN SERV
62516 COLLECTION CENTER DR
CHICAGO, IL  60693

Mortgage Creditor:
BANK OF NEW YORK
% OCWEN LOAN SERVICING LLC
PO BOX 24781
WEST PALM BEACH, FL  33416

ELECTRONIC SERVICE - United States Trustee

Date:  December 11, 2013

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603